IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREA PETERSON,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS INC.,
TRANS UNION LLC,

    Defendants.

CIVIL ACTION NO.
1:16-CV-3528-RWS-LTW

## MAGISTRATE JUDGE'S ORDER

This matter is presently before the Court on the pro se Plaintiff's Motion for Clarification (Doc. 111),[1] Motion for Order FRCP 72 (Doc. 118),[2] Motion to Strike Response in Opposition to Motion (Doc. 122),[3] Motion to Strike Two (Doc. 125),

---

[1] Although Plaintiff's Motion has been entered on the docket as a Motion for Clarification, it appears to the undersigned that Plaintiff is requesting reconsideration of issues on which this Court has previously ruled. To the extent Plaintiff is requesting reconsideration of this Court's previous orders, Plaintiff's Motion is **DENIED**. (Doc. 111).

[2] In this Motion it appears to the undersigned that Plaintiff is requesting an order on her Motion for Clarification (Doc. 111). As the undersigned is now addressing Plaintiff's Motion for Clarification (Doc. 111), Plaintiff's Motion for Order is **DENIED**. (Doc. 118).

[3] In both of Plaintiff's Motions to Strike it appears to the undersigned that Plaintiff is petitioning this Court to strike the Defendant Experian's Responses in Opposition (Docs. 119, 124) to Plaintiff's Motions (Docs. 118, 122). As Defendant

AO 72A
(Rev.8/82)

Motion for Hearing on Motions (Doc. 126),[4] Motion for Order on Motion for Hearing (Doc. 131). Also before the Court are Defendants' Joint Motion to Conform Deadlines (Doc. 110) and Defendant Experian's Motion for Order Setting Dispositive Motion Deadline (Doc. 128).

Having read and considered the pending motions and any opposition filed thereto, Plaintiff's Motions are **DENIED**. (Docs. 111, 118, 122, 125, 126, 131).

Additionally, Defendants' Joint Motion to Conform Deadlines is **DENIED** as **MOOT**. (Doc. 110). However, Defendant Experian's Motion for a Dispositive Deadline is **GRANTED**. (Doc. 128). Accordingly, the deadline for completing discovery in this case shall be July 31, 2018, and the deadline for submitting dispositive motions shall be August 30, 2018.

**SO ORDERED**, this 28 day of June, 2018.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

---

Experian is entitled to respond to Plaintiff's Motions and both of Defendant's Responses are timely (see LR 7.1, N.D. Ga.), both of Plaintiff's Motions to Strike are **DENIED**. (Docs. 122, 125).

[4] In this Motion it appears to the undersigned that Plaintiff is requesting a hearing so that this Court can rule on Plaintiff's outstanding motions. As this Order addresses all of Plaintiff's outstanding Motions, Plaintiff's Motion for a Hearing is **DENIED**. (Doc. 126).