IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA PETERSON<br><br>    Plaintiff,<br><br>    v.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC AND EQUIFAX INFORMATION SERVICES, LLC<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-03528-WMR |

## ORDER ON PLAINTIFF'S MOTION TO STAY

Plaintiff's Motion to Stay having been read and considered, the same is herein denied.

SO ORDERED, this <u>16th</u> day of November, 2018.

/s/ William M. Ray, II
_____
WILLIAM M. RAY, II
United States District Judge