IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA PETERSON<br><br>  Plaintiff,<br><br>    v.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC AND EQUIFAX INFORMATION SERVICES, LLC<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-03528-WMR |

## **ORDER**

WHEREAS, on November 30, 2018, Plaintiff filed her Motion for Clarification and Motion for Reconsideration of Denial of Plaintiff's Rule 72 Motion [Doc 162];

NOW, THEREFORE, it is hereby ORDERED that Plaintiff's Motion is DENIED.

SO ORDERED, this 20th day of December, 2018.

_____
WILLIAM M. RAY, II
United States District Judge