IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA PETERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO:<br><br>1:16-cv-03528-WMR |

## ORDER

This case is presently before the Court on the Magistrate Judge's Final Report and Recommendation ("R & R") [Doc. 166] which recommends that the Motions for Summary Judgment [Docs. 139, 140, 141] filed by Defendants Trans Union, LLC, Equifax Information Services LLC, and Experian Information Solutions, Inc. (collectively, "Defendants") be GRANTED.  No objection to the R & R has been filed.

**I.　LEGAL STANDARD**

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy.  If a party files objections, however, the Court must determine *de novo* any part of the

R & R that is the subject of a proper objection. Id.  As no objection to the R & R has been filed in this case, the clear error standard applies.

## II. CONCLUSION

After considering the Final Report and Recommendation [Doc. 166], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court.  Accordingly, the Defendants' Motions for Summary Judgment [Docs. 139, 140, 141] are GRANTED.  The Clerk of Court is DIRECTED to close this case.

**IT IS SO ORDERED**, this 30th day of January, 2019.

_____
WILLIAM M. RAY, II
United States District Judge
Northern District of Georgia