UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREA PETERSON,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,

    Defendants.

CIVIL ACTION FILE

NO. 1:16-cv-3528-WMR

## JUDGMENT

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of the Report and Recommendation, and the Court adopting the same, Defendants' Motions for Summary judgment are granted. Therefore, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action and the action is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of January, 2019.

    JAMES N. HATTEN
    CLERK OF COURT

By:   s/Jill Ayers
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 30, 2019
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
      Deputy Clerk